# United States Court of Appeals
## For the First Circuit

No. 17-2140

ERIN CAPRON; JEFFREY PENEDO; CULTURAL CARE, INC., d/b/a Cultural Care Au Pair,

Plaintiffs, Appellants,

v.

OFFICE OF THE ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS; MAURA T. HEALEY, in her capacity as Attorney General of the Commonwealth of Massachusetts,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on December 2, 2019 is amended as follows:

On page 28, line 14, change "an agency" to "agencies"

On page 40, line 9, change "fails" to "fail"

On page 46, line 21, change "Regulations" to "regulations"

On page 49, line 10, change "wages" to "wage"

On page 52, line 11, change "Interim Final" to "interim final"

On page 55, line 9, delete the comma

On page 62, line 22, change "record keeping" to "recordkeeping"